### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) ) | 3:09-md-02100-DRH-PMF |
| MARKETING, SALES PRACTICES AND PRODUCTS ) | |
| LIABILITY LITIGATION ) | MDL No. 2100 |
| ) | |

**This Document Relates to:**

| | |
|---|---|
| Rebecca Bach v. | No. 3:10-cv-13149-DRH-PMF |
| Bayer HealthCare Pharmaceuticals, Inc., et al. | |
| | |
| Sarah Blagg v. | No. 3:10-cv-13192-DRH-PMF |
| Bayer HealthCare Pharmaceuticals, Inc., et al. | |
| | |
| Melissa Carli-Walton and Leo Walton v. | No. 3:10-cv-11571-DRH-PMF |
| Bayer HealthCare Pharmaceuticals, Inc., et al. | |
| | |
| Lindsey Davis v. | No. 3:10-cv-12778-DRH-PMF |
| Bayer HealthCare Pharmaceuticals, Inc., et al. | |
| | |
| Diana Elkins v. | No. 3:10-cv-12934-DRH-PMF |
| Bayer HealthCare Pharmaceuticals, Inc., et al. | |
| | |
| Carissa Funk v. Bayer Corp., et al. | No. 3:10-cv-12453-DRH-PMF |
| | |
| Alesia Goff-Thomas and Andy Thomas v. | No. 3:10-cv-12367-DRH-PMF |
| Bayer Schering Parma AG, et al. | |
| | |
| Morgan Haley v. | No. 3:10-cv-13534-DRH-PMF |
| Bayer HealthCare Pharmaceuticals, Inc., et al. | |
| | |
| Natasha Hartsell v. | No. 3:10-cv-11655-DRH-PMF |
| Bayer HealthCare Pharmaceuticals, Inc., et al. | |
| | |
| Katrina Lewis v. Bayer Corp., et al. | No. 3:10-cv-12075-DRH-PMF |
| | |
| Paulette Monica v. Bayer Corp., et al. | No. 3:10-cv-11790-DRH-PMF |
| | |
| Rebecca Orr v. Bayer Corp., et al. | No. 3:10-cv-11636-DRH-PMF |
| | |
| Blanca Rodriguez v. Bayer Corp., et al. | No. 3:10-cv-10015-DRH-PMF |
| | |
| Glenda Taylor v. | No. 3:10-cv-12947-DRH-PMF |
| Bayer HealthCare Pharmaceuticals, Inc., et al. | |

Jill Whitehouse v.                 No. 3:10-cv-11639-DRH-PMF
Bayer HealthCare Pharmaceuticals, Inc., et al.

Denise Wilmoth and Michael Wilmoth v.     No. 3:10-cv-13706-DRH-PMF
Bayer Corp., et al.

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the motion to dismiss with prejudice filed in this Court on January 11, 2012, plaintiff's complaints are **DISMISSED** with prejudice. Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY: _____ /s/*Sandy Pannier* _____

Deputy Clerk

DATED: February 24, 2012

David R. Herndon
2012.02.24
14:38:51 -06'00'

APPROVED:
CHIEF JUDGE
U. S. DISTRICT COURT